United States District Court
Southern District of Texas
FILED

OCT 23 2018

David J. Bradley, Clerk

United States District Court
Southern District of Texas

**ENTERED**
October 24, 2018
David J. Bradley, Clerk

U.S. Department of Justice
United States Attorney

# United States District Court
# SOUTHERN District of Texas
## McALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § GRAND JURY NO. 14 |
| V. | § § CRIMINAL NO. M-18-1754 |
| REFUGIO ESPINOZA-GALVAN, JR. also known as CUCO | § § § |

### ORDER FOR BENCH WARRANT
### AND SETTING AMOUNT OF BAIL

It appearing to the Court that an indictment has been returned against the below-named defendant, it is hereby

ORDERED that warrants be issued for the arrest of said defendant, and bail is hereby fixed in the amount(s) shown below, returnable instanter to the McAllen Division of this Court, such bail to be taken by any United States Magistrate.

| DEFENDANT | AMOUNT OF BAIL |
|---|---|
| REFUGIO ESPINOZA-GALVAN, JR. also known as CUCO | NO BOND |

ENTERED at McAllen, Texas, this 23rd day of October 2018.

_____
UNITED STATES MAGISTRATE JUDGE